UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL FRANKLIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 12-cv-460-M |
| UNITED FINANCIAL CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Joel Franklin Brown, and Defendant, United Financial Casualty Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed **with prejudice**. All respective parties to bear their respective attorney fees and costs.

Dated this 2nd day of October 2013.

| | |
|---|---|
| s/ Greg A. Barnard | s/ Brad L. Roberson |
| *(Signed by Filing Attorney with Permission from Attorney)* | Brad L. Roberson, OBA No. 18819 |
| Greg A. Barnard, OBA No. 16107 | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| LOFTIS & BARNARD | 1120 Robinson Renaissance |
| 225 North Peters Avenue, Suite 1 | 119 North Robinson Avenue |
| Norman, Oklahoma 73069 | Oklahoma City, Oklahoma 73102 |
| Telephone:   405-366-1400 | Telephone:   405-606-3333 |
| Facsimile:   405-366-0041 | Facsimile:   405-606-3334 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |